# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2617

_____

| | | |
|---|---|---|
| Nancy J. McCabe, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Independent School District No. 625, | * | District of Minnesota. |
| St. Paul Area Schools, State of | * | |
| Minnesota, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: July 17, 2000
Filed: July 20, 2000

_____

Before McMILLIAN, BOWMAN, AND MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Nancy McCabe brought this employment discrimination action under the
Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101-12213 (1994 & Supp. III
1997), and state law. The District Court[1] granted summary judgment to her employer
on the ADA claims, and declined to exercise jurisdiction over the supplemental state-

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District
of Minnesota.

law claims, dismissing them without prejudice.  McCabe appeals the adverse grant of summary judgment, arguing that the District Court erred in concluding she was not disabled under the ADA.

Having carefully reviewed the record and the parties' arguments, see Snow v. Ridgeview Med. Ctr., 128 F.3d 1201, 1205 (8th Cir. 1997) (standard of review), we agree with the District Court that McCabe failed to show she had a disability as it is defined by the ADA.  Specifically, the record does not support McCabe's contention that her impairments substantially limited at least one major life activity, or that her employer regarded her as disabled.  See Taylor v. Nimock's Oil Co., No. 99-2018, 2000 WL 709495, at *2 (8th Cir. June 2, 2000).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.